DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REGINALD WILLIAMS** and **CHANEL WILLIAMS,**
Appellants,

v.

**FLORIDA INSURANCE GUARANTY ASSOCIATION AS THE
STATUTORY GUARANTOR OF COVERED CLAIMS FOR LIGHTHOUSE
PROPERTY INSURANCE CORPORATION**, an insolvent insurer,
Appellee.

No. 4D2021-2591

[November 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE15-014454.

Melissa Ann Giasi and Erin M. Berger of Giasi Law P.A., Tampa, for appellants.

Dorothy V. DiFiore of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, P.A., for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***